■ JUNE ANDERSON, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 98730.) (Appeal No. 2.) [858 NYS2d 615]— Appeal from an order of the Court of Claims (Nicholas V. Midey, Jr., J.), entered December 10, 2007 in a personal injury action. The order, upon stipulation of the parties, directed the entry of a structured judgment pursuant to CPLR article 50-A.

■ JUNE ANDERSON, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 98730.) (Appeal No. 1.) [858 NYS2d 645]— Appeal from a judgment of the Court of Claims (Nicholas V. Midey, Jr., J.), entered November 13, 2006 in a personal injury action. The judgment awarded claimant the sum of $2,202,890 after a nonjury trial.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Smith, Green and Pine, JJ.